_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2022**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **DEVAN A WILLIAMS** | **Case No.:  19-51475 KMS** |

## ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

IT APPEARING TO THE COURT that the above-referenced Debtor(s) is subjected earnings to the jurisdiction of this Court and that the Debtor(s) is subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**DEVAN A WILLIAMS**
**105 W SUNNYBROOK RD**
**CARRIERE, MS 39426-7832**

is directed to pay by either TFS or thru certified funds the sum of **$2,316.00 per month beginning with the payment due on November 29th, 2022.**  Please include your name and case number and make the certified funds payable to **Warren A. Cuntz, Jr., Trustee** and mail to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) is released from making further plan payments.

**##END OF ORDER##**